39 So.2d 925

**Guy E. FRANKLIN v. STATE.**

8 Div. 746.

Court of Appeals of Alabama.
Feb. 1, 1949.

Wm. C. Rayburn, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

38 So.2d 199

**Otis FRANKLIN v. STATE.**

6 Div. 674.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 918

**Clarence O'Neal FROST v. STATE.**

6 Div. 723.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

38 So.2d 199

**Howard Gordon FROST v. STATE.**

6 Div. 688.

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 57

**Howard Gordon FROST v. STATE.**

6 Div. 689.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

42 So.2d 846

**David S. GARRISON v. STATE.**

4 Div. 123.

Court of Appeals of Alabama.
Nov. 15, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.